IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED US District Court-UT
OCT 17 '24 AM08:41

| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>MATTHEW J. GAMBLE<br>Defendant. | Case No. 2:24-cr-00311-DAK<br><br>**CONSENT TO ENTRY OF PLEA OF GUILTY BEFORE THE MAGISTRATE JUDGE AND ORDER OF REFERENCE** |
|---|---|

Pursuant to 28 U.S.C. § 636(b)(3), the defendant, MATTHEW J. GAMBLE, after consultation and agreement with counsel, consents to United States Magistrate Judge Daphne A. Oberg accepting defendant's plea of guilty and to the Magistrate Judge conducting proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The defendant also acknowledges and understands that sentencing on his plea of guilty will be before the assigned District Judge after a pre-sentence investigation and report, and compliance with Fed.R.Crim.P. 32.

The United States, by and through the undersigned Assistant United States Attorney, consents to the Magistrate Judge conducting plea proceedings pursuant to Fed.R.Crim.P. 11, and accepting the defendant's plea of guilty as indicated above, pursuant to such proceedings.

DATED this \_\_\_16th\_\_\_ day of October, 2024.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(3), and the consent of the parties above mentioned, including the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Daphne A. Oberg shall hear and conduct plea rendering under Fed.R.Crim.P. 11, and may accept the plea of guilty from the defendant pursuant thereto after full compliance with Fed.R.Crim.P. 11.

Dated this 1st day of October 2024.

BY THE COURT:

_____
Dale A. Kimball
United States District Judge